*(Rev. 5/1/13)*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

JAN 1 5 2020   *OTC*

TONY R. MOORE, CLERK
BY_____ *AM*
          DEPUTY

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Eugene Campbell
_____
Plaintiff

Prisoner # __N/A__

VS.

Jeremy Sturdivant, Caleb Smith,
Sharona Daniel
_____
Defendant

Civil Action No. __3:20-cv-0068__ SEC. P

Judge _____

Magistrate Judge _____

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I.  Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [  ]   No [×]

b.  If your answer to the preceding question is "Yes," provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.  Docket number(s): _____

4.  Date(s) on which each lawsuit was filed: _____

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 5/1/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☒

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  a.  **Name of institution and address of current place of confinement:**

    N/A

b.  Is there a prison grievance procedure in this institution?

Yes ☐    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☐    No ☐

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

a.  Plaintiff,  Eugene Campbell

   Address  313 Drew Avenue   West Monroe, LA 71291

Page 2 of 4

*(Rev. 5/1/13)*

b.  Defendant, _Jeremy Sturdivant_ , is employed as
_Sergeant/officer_ at _Monroe Police Dept_ .
Defendant, _Caleb Smith_ , is employed as
_officer_ at _Monroe Police Dept_ .
Defendant, _Sharona Daniel_ , is employed as
_officer_ at _Monroe Police Dept_ .
Additional defendants, _____

_____

## IV.  Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

_See attached_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Rev. 5/1/13)*

V.  **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

See Attached

VI.  **Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___15___ day of __January__ , 20 __20__.

_____N/A_____

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

_____Eugene Campbell_____

**Signature of Plaintiff**

Page 4 of 4

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Monroe Division

|  |  |  |
|---|---|---|
| | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| Eugene Campbell | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| Jeremy Sturdivant | ) | |
| Sharona Daniel | ) | |
| Caleb Smith | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eugene Campbell |
| Address | 313 Drew Avenue |

| | | |
|---|---|---|
| West Monroe | LA | 71291 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Ouachita |
| Telephone Number | 318-355-1647 |
| E-Mail Address | |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeremy Sturdivant |
| Job or Title *(if known)* | Sergeant- Monroe Police Department Badge No. 441 |
| Address | 700 Wood Street |

| | | |
|---|---|---|
| Monroe | LA | 71201 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Ouachita |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity      ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Caleb Smith |
| Job or Title *(if known)* | Officer- Monroe Police Department Badge No. 168 |
| Address | 700 Wood Street |

| | | |
|---|---|---|
| Monroe | LA | 71201 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Ouachita |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity      ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Sharona Daniel |
| Job or Title *(if known)* | Officer Monroe Police Department |
| Address | 700 Wood St |
| | Monroe |
| | *City* |
| County | Ouachita |
| Telephone Number | |
| E-Mail Address *(if known)* | |

Monroe     LA     71201
*City*     *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

*City*     *State*     *Zip Code*

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☒  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitution, amend. IV. The Fourth Amendment states in pertinent part: "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated. .. "

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

During a traffic stop, Officer Sharona Daniel, yelled commands while brandishing a state-issued weapon. Officer Daniel wore a police uniform and was driving a police vehicle with official Monroe Police Department markings and flashing lights. Officer Jeremy Sturdivant identified himself as an officer with the Monroe Police Department and placed Plantiff under arrest. Officer Caleb Smith wore a police uniform and drove a police vehicle with official Monroe Police Department markings.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Near the 800 block of Ouachita Avenue, Monroe, Louisiana.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

January 17th, 2019 at approximately 7:30 p.m.

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Multiple officers with Monroe Police Department initiated a traffic stop on Plantiff. Plantiff pulled into a parking lot. Defendant Daniel immediately emerged from vehicle with weapon drawn and began yelling commands for Plantiff to place hands on steering wheel (this can be seen and heard on Defendant Daniel's body cam video). The Plantiff complied with commands. At the same time Defendant Smith approached Plantiff's driver side door with indecipherable commands (this also can be heard on Defendant Daniel's body cam video). Defendant Smith tapped on Plantiff's window and instructed Plantiff to open door and exit vehicle. As Plantiff was exiting vehicle, Officer Smith struck Plantiff with a closed fist to the right anterior ribs. Officer Smith then led Plantiff forcefully to pavement. As a result of Officer Smith's takedown, Plantiff received a contusion to the left temple, scraped and bruises to his knees, and bruises to the right side of his body.

Plantiff was driven to Monroe City precinct and walked to the breathalyzer/toxicology room. During the walk to the room, Defendant Sturdivant read Plantiff his Miranda rights. Defendant Smith and multiple other officers entered the room. Defendant Smith asked Plantiff whether had he been previously arrested. Plantiff confirmed he had been arrested. Defendant Smith asked what the prior arrests were for. When the Plantiff refused to answer, taunting comments were then made regarding Plantiff's refusal to speak. Defendant Smith asked if Plantiff was in pain. Plantiff informed Defendant Smith of injuries and pain. Defendant Sturdivant offered Plantiff a paper towel for Plantiff's now bleeding knees. Plantiff refused and Defendant Sturdivant informed Plantiff he shouldn't get blood on the police station's floor. Plantiff was placed in a holding cell to await transport to the Ouachita Correctional Center (OCC). Even with visible injuries, one being a head wound, no officers offered medical attention and Plantiff had to request such attention. Defendant Sturdivant returned with additional officers and was notified by the attendant that Plantiff had requested medical. Defendant Sturdivant stated that Plantiff had been in holding for 2 hours and was just now asking for medical attention to avoid going to jail. Plantiff informed Sturdivant that Plantiff had indeed told Defendant Smith about injuries. Defendant Sturdivant yelled for Plantiff to sit down and be quiet. Defendant Sturdivant noted that it was unfortunate that Plaintiff sought medical attention as Plaintiff was about to be released from jail. The Plantiff believes this was an attempt to dissuade Plantiff from seeking medical attention. Defendant Smith drove Planitff to Conway/Oschner's Hospital.
After release from the hospital, as Plantiff was being transported to OCC, Defendant Smith spoke with someone by cell phone and confirmed that yes, Plantiff was still in fact, silent and remaked how Plantiff's refusing to engage in conversation had made this interaction weird.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Received a contusion to the left temple area, as well as cuts and scrapes to knees. There was also bruising to the right anterior rib area. The night of the arrest Plantiff visited hospital and was bandaged.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As a result of Defendant's Smith's actions stated above Plantiff has realized actual damages in the form of medical bills totaling $1,400 and lost wages in the amount of $3,600. Plantiff asks to be recompensated for these damages, in amount of $5,000, as well as $10,000 for the ongoing emotional distress and mental anguish caused by the actions of the Defendants outlined above. Otherwise normal interactions in society such as loud noises or flashing lights trigger episodes of anxiety for the Plantiff. The Plantiff also seeks to be awarded $75,000 for punitive damages due to the egregious actions of the Defendants. Defendant Daniel's reckless brandishing of a firearm during a routine traffic stop has left Plantiff with an irrational fear of all interactions with authorithies. Defendants Smith and Sturdivant also demonstrated willful disregard for the Plantiff's well-being by not offering medical attention for clearly visible injuries and Defendant Sturdivant's attempt to dissuade the Plantiff from seeking medical attention is of particular note.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          01/15/20

Signature of Plaintiff        *Eugene Campbell*

Printed Name of Plaintiff     Eugene Campbell

B.      **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address