UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EUGENE CAMPBELL | CASE NO. 3:20-CV-00068 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JEREMY STURDIVANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, together with the written Objection [Doc. No. 20] thereto filed by Plaintiff, with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 14], filed by Defendants Jeremy Sturdivant, Caleb Smith, and Sharona Daniel is **GRANTED**, and that Plaintiff's complaint, as amended, is hereby **DISMISSED, with prejudice**, in its entirety, as to all defendants

Monroe, Louisiana, this 11th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE